# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 27, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136037 & (17)(18)

CEMETERY COMMISSIONER FOR THE
STATE OF MICHIGAN and MARK J.
ZAUSMER, Conservator,
          Plaintiffs-Appellants,

v

ALBION MEMORY GARDENS,
          Defendant,

and

ST. AUGUSTINE'S NATIONAL FOUNDATION
and DETROIT MEMORIAL GROUP, LLC,
          Defendants-Appellees.
_____/

SC: 136037
COA: 283984
Ingham CC: 06-001608-CR

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the March 13, 2008 order of the Court of Appeals and the motion for peremptory reversal are considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REVERSE the order of the Court of Appeals and we REMAND this case to the Court of Appeals for entry of an order granting the plaintiffs' motion to dismiss the claim of appeal. St. Augustine's National Foundation has not shown that it has standing to appeal the order entered in the circuit court proceeding in which it was not a party.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 27, 2008

_____
Clerk

d0326